■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM ROBERT BROOKS, Appellant.—Appeal unanimously dismissed *(see, People v Seaberg,* 74 NY2d 1). (Appeal from Judgment of Erie County Court, Rogowski, J.—Sexual Abuse, 1st Degree.) Present—Callahan, J. P., Denman, Pine, Balio and Lawton, JJ.

■ In the Matter of SANTO LICASTRO, Appellant, v THOMAS A. COUGHLIN, as Commissioner of the Department of Correctional Services, et al., Respondents.—Judgment unanimously affirmed for reasons stated in decision at Supreme Court, Dadd, J. (Appeal from Judgment of Supreme Court, Wyoming County, Dadd, J.—Article 78.) Present—Callahan, J. P., Denman, Pine, Balio and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDGAR PACE, JR., Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Onondaga County Court, Burke, J.—Burglary, 2nd Degree.) Present —Callahan, J. P., Denman, Pine, Balio and Lawton, JJ.

■ ERVIN P. ZAWISTOWSKI et al., Appellants, v CITY OF SYRACUSE et al., Defendants, and COUNTY OF ONONDAGA et al., Respondents.—Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Stone, J. (Appeal from Order of Supreme Court, Onondaga County, Stone, J.— Summary Judgment.) Present—Callahan, J. P., Denman, Pine, Balio and Lawton, JJ.